Case No.: **11-81192**

Debtor(s): **Robert Sledge**  SS#: **xxx-xx-5355**  Net Monthly Earnings: **770.35**

**Marissa Sledge**  SS#: **xxx-xx-3615**  Number of Dependents: **2**

1. Plan Payments:
   (     ) Debtor(s) propose to pay direct a total of $ _____  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **General Motors** for
   $ **177.61** ☒ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **46,179.60**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **IRS** | **Taxes and certain other debts** | **$11,790.00** | **$655.00** |

   B. Total Attorney Fee: $ **2,750.00** ; **$417.00** paid pre-petition; $ **0.00** to be paid at confirmation and $ **583.25** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Citimortgage Inc** | **$142,000.00** | ☐ by Trustee ☒ by Debtor **$1,292.00** | **April 2011** | **$21,964.00** | | **11.00%** | **$679.09** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions:
   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☒ This plan proposes to pay unsecured creditors **0** %.
   ☒ Other Provisions:
   **Special Intentions:**
   **Debtors surrender their interest in the 2010 Silverado to Ally Financial.  This debt is to continue to be paid direct by the codebtor.**

Name/Address/Telephone/Attorney for Debtor (s)  Date **June 3, 2011**   **/s/ Robert Sledge**
**Melissa W. Larsen**    **Robert Sledge**
     Signature of Debtor
**1733 Winchester Road**    **/s/ Marissa Sledge**
**Huntsville, AL 35811**    **Marissa Sledge**
Telephone # **256-859-3008**    Signature of Debtor

# United States Bankruptcy Court
## Northern District of Alabama

In re **Robert Sledge / Marissa Sledge**     Debtor(s)     Case No. **11-81192**     Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 3, 2011**, a copy of Debtors' Amended Schedules B, D, F and G and Amended Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Ally Financial**
200 Renaissance Ctr
Detroit, MI 48243

**Amsher Coll (Original Creditor:T Mo**
600 Beacon Pkwy We Suite 300
Birmingham, AL 35209

**Amsher Collection Se (Original Cred**
600 Beacon Parkway W
Birmingham, AL 35209

**Applied Bank**
601 Delaware Ave
Wilmington, DE 19801

**Cbe Group (Original Creditor:01 Dir**
131 Tower Park Dri Po Box 900
Waterloo, IA 50704

**Certegy**
P.O. Box 30046
Tampa, FL 33630

**Citimortgage Inc**
Po Box 9438
Gaithersburg, MD 20898

**Collection (Original Creditor:06 Na**
Po Box 9134
Needham, MA 02494

**Collection (Original Creditor:09 Ho**
Po Box 9133
Needham, MA 02494

**Collection (Original Creditor:09 Ho**
Po Box 9133
Needham, MA 02494

**Collection (Original Creditor:09 Ho**
Po Box 9133
Needham, MA 02494

**Collection (Original Creditor:11 Ho**
Po Box 9133
Needham, MA 02494

**Dillards**

**Enhanced Recovery Co L (Original Cr**
8014 Bayberry Rd
Jacksonville, FL 32256

**Holloway (Original Creditor:Med1 Jo**

**P O Box 27**
**Huntsville, AL 35804**

**I.C. System Inc. (Original Creditor**
**P.O. Box 64378**
**St Paul, MN 55164**

**IRS**
**806 Governors Dr**
**Huntsville, AL 35801**

**Lvnv Funding Llc (Original Creditor**
**Po Box 740281**
**Houston, TX 77274**

**Medical Data Systems I (Original Cr**
**645 Walnut St Ste 5**
**Gadsden, AL 35901**

**Midland Credit Mgmt (Original Credi**
**8875 Aero Dr**
**San Diego, CA 92123**

**Midland Credit Mgmt (Original Credi**
**8875 Aero Dr**
**San Diego, CA 92123**

**Midland Credit Mgmt (Original Credi**
**8875 Aero Dr**
**San Diego, CA 92123**

**National Rec (Original Creditor:01**
**416 S Main Suite 3**
**Ottawa, KS 66067**

**Second Round Lp (Original Creditor:**
**4150 Friedrich Lane Suit**
**Austin, TX 78744**

**Springleaf Financial S**
**Po Box 3251**
**Evansville, IN 47731**

**Sun Loan**
**2222 6th Ave Se Suite B**
**Decatur, AL 35601**

**/s/ Melissa W. Larsen**
**Melissa W. Larsen**
**Larsen & Larsen, P.C.**
**1733 Winchester Road**
**Huntsville, AL 35811**
**256-859-3008Fax:256-859-4009**
**Mlarsen@Larsenlaw.org**