IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: } | CASE NO. 11-81192-JAC-13 |
|   ROBERT SLEDGE } | |
|   MARISSA SLEDGE } | CHAPTER 13 |
| SSN: XXX-XX-5355 XXX-XX-3615 } | |

## TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, Philip A. Geddes, the Chapter 13 Trustee in the above styled case, and moves this Court to modify Debtors' plan confirmed on July 6, 2011; and as grounds therefore, the Trustee would show unto the court as follows:

1. The Debtors' Chapter 13 plan presently calls for payments of $770.00 monthly to the Chapter 13 Trustee.

2. The claims that have been filed are in excess of the amounts proposed to be paid in the plan. Thus, the present amount being paid is inadequate to pay those claims as filed. Additionally, the Debtor is in material default with respect to the terms of the Chapter 13 Plan. The total delinquency is $1503.33 through November, 2012.

3. In order for the plan to complete as confirmed, the Trustee proposes to increase the Chapter 13 Plan payments to $920.00 per month, beginning January 1, 2013 for the remaining 39 months of the plan to cure the default.

WHEREFORE, the Trustee moves for an order modifying the plan pursuant to 11 U.S.C. Section 1329 and Rule 3015(g) to increase Chapter 13 Plan payments to $920.00 per month, beginning January 1, 2013 for the remaining 39 months of the plan to cure the default with a six month probationary period beginning January 2013 wherein if plan payments are not made within the month in which they are due, the Trustee may obtain an order of dismissal without further notice. Other provisions: All other provisions to remain the same.

RESPECTFULLY SUBMITTED, this the 18th day of December 2012.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY SERVED ON THE CHAPTER 13 STANDING TRUSTEE WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE HEREOF. ANY OBJECTIONS FILED WILL BE HEARD BY THE COURT ON THE **14TH DAY OF JANUARY, 2013, AT 09:00 A.M. IN THE BANKRUPTCY COURTROOM, FEDERAL BUILDING, CAIN ST ENTRANCE, 3RD FLOOR, DECATUR, ALABAMA 35601**. THIS MOTION WILL BE GRANTED UNLESS AN OBJECTION IS FILED WITHIN TWENTY-ONE (21) DAYS.

    /S/ PHILIP A. GEDDES
PHILIP A GEDDES, STANDING TRUSTEE
P O BOX 2388
DECATUR, AL 35602-2388
(256-350-0442

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above Motion upon the Attorney for the Debtor and the Debtor, by mailing a copy of the same with adequate postage thereon or by electronic means when available:

Robert Sledge
Marissa Sledge
1726 Nottingham Dr SW
Decatur AL 35603

Melissa W Larsen
Attorney at Law
908-C North Memorial Pkwy
Huntsville AL 35801

This the 18th day of December, 2012.

    /S/ Philip A. Geddes
PHILIP A. GEDDES,
STANDING TRUSTEE